UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEATRICE CHRISTIAN,

    Plaintiff,                                      HONORABLE PAUL L. MALONEY

v.                                                 Case No. 1:10-cv-142

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

The Court having been informed by Notice of Settlement filed March 29, 2010 (Dkt. #5) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the Court by **April 13, 2010**.

DATED: March 29, 2010                        /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge